Honorable Judge John A. Ross,

This letter is in reguards to Docket/Case #0865 4:24CR00083-1JAR United States vs. William Burns.

I am writing to request new counsel and withdraw my plea because of misguidance upon signing my plea and misrepresentation from my attorney Jason Korner. (ph. 314-409-2659)

I have the utmost respect for the judicial system, the courts, your honor, and all other entities within. As such I find it deeply regretable that I must write you today. After years of working with Jason Korner, I have met my limit of grievances against him. I wish only for the best representation of myself and my case so that I may one day be able to rejoin my wife and family. Attached are bullet points of issues, goals, and a detailed timeline of grievances and communication failures.

I understand the gravity of this request, and again, regret having to write this letter. I apologize for requiring the court's time. I would not be doing so without such a long list of personal grievances and the significance of the results of this case in the quality of my future and the posibility of rejoining my family.

Respectfully,
William Burns

Bullet Points of Issues

- Lack of communication. Multiple missed conferences.

- Failure to adequately negotiate plea.

- Failure to advise me of the option to litigate guideline points or make an agreement to do so.

- Failure to bring up issues with plea to the prosecution, and advise against mentioning it under oath during plea hearings.

- Failure to deliver discovery after multiple requests.

- Refusal to allow psychological evaluation to help litigate guideline CHP 4 enhancement.

- Possible conflict of interest from family relationship between attorney and prosecution.

Goals

- Request refund to hire replacement attorney on the state level because of dismissing previous paid attorney at Jason's urging.

- Request appointment of new counsel on the federal level.

- Request a withdraw of plea to litigate guidelines and renegotiate based on new information.

- Request a minimum of a 60 day extention for PSI deadline breach.

- Receive psychosexual and recidivism evaluation.

## Details of Personal Grievances

**May —**
- First contact with attorney after arraignment, we discussed the seriousness of the case. No further contact until August.

**August —**
- After repeated requests for discovery, I was contacted by video conference and told my discovery was sent three times. My attorney said the Jail reported receiving empty packages leaving the impression the flashdrive was taken or had fallen out in transit. Facility in Marion County, IL stated no packages with discovery were received empty or sealed. A grievance was filed requesting information.
- During this session with my attorney, we had connection issues. Call was eventually disconnected.
- Attempted to contact him several times via my power of attorney, Brad L. Burns to reset meeting.
- Set multiple meetings that were all missed by attorney.

**Jan —**
- Was finally contacted January 6th, still no discovery.
- Court date was set for Jan 27, 2025 and was given a verbal offer of 40 years. I offered a rebuttal but was told the prosecution refused. In court I was informed by your honor that I needed to make a decision to make a plea or go to trial while I still had no received discovery, had an offer not presented in writing, little to no communication with attorney, and no opportunity to negotiate a plea.
- Upon request by my attorney I was granted a 60 day extension to negotiate a plea from Jan 3 to Mar 3.
- My attorney stated he would contact me weekly for negotiations but did not.

Feb —
- No contact until late February and was told an offer of 20-40 years with 35-40 recommended the best and only offer we would get. Court was postponed until Mar 28.

Mar —
- I received the plea agreement in writing around Mar 14 and told to sign and return.
- I found issues with the guideline points calculations that included information from State cases and was only able to present these issues on the date of the plea hearing, Mar 28, where I was dismissed and told I needed to sign it because the prosecution "won't change it" and I would otherwise face a life term defending myself at trial.
- My desires were not represented and my concerns were not presented to the prosecution. My right to litigate guidelines was not requested. I was advised "today is not the day to tell the Judge any issues you have with the plea or guidelines."

July —
- No contact with my attorney until July after I had my father call to remind him that I had not done my PSI.
- July 6 and 7 I did my PSI and my attorney advised me I was under oath when asked if I agreed with all the guidelines and everything in the plea. I tried to voice my issues but was told to keep to myself.
- I requested to be seen by a psychologist to help guideline point arguments. We had a meeting scheduled for July 8 to discuss this that was missed by my attorney.

Aug —
- I received my PSI report seven days late on Aug 5, 2025, 28 days before sentencing date (Sept 3, 2025)

- I still had many objections to the plea and details of the PSI report. I urged a meeting with my attorney before the deadline of Aug 19, 2025 to make those objections. I did not get a conference until Aug 18.
- I requested a 60 day extention because of the late receipt of the PSI report and to get an evaluation by a psychologist.
- My lawyer stated he would prefer the money to pay for a psychologist go to him because I owed him money, while the relatively small amount of money could significantly help my case.
- The conversation was cutoff before I was finished stating my objections. I had my father call to inform my attorney to reach out to complete the discussion with such limited time until the deadline. The attorney's office lied in stating I told my attorney I was done and hung up. They further stated they would call back when they needed to talk to me.
- A conference was setup for Aug 20. He did not show up. I was told he had court and would call back on the 22nd. He did not show up for that either.
- I sent an e-mail advising the probation office and lawyer of my needs.

William Burns
380 Borax Drive
Henderson Ky. 42420

**RECEIVED**
AUG 29 2025
**BY MAIL**

✱URGENT✱

USDJ Honorable John A. Ross / Courtroom 12N,
111 South 10th Street
St.Louis MO 63102
Suite 12.148

63102-112599



LOUISVILLE KY
27 AUG 2025 PM 4
FOREVER / USA